

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00161-CR

| | | |
|---|---|---|
| RUSSELL JAY REGER, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | of Tarrant County (0579930D) |
| V. | § | February 11, 2021 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Elizabeth Kerr
Justice Elizabeth Kerr